UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CHARLES DUBOIS,

                Plaintiff,                9:22-cv-929 (BKS/DJS)

v.

C.O. D. BEANE, et al.,

                Defendants.

---

**Appearances:**

*Plaintiff pro se:*
Charles DuBois
19-B-1870
Mid-State Correctional Facility
P.O. Box 2500
Marcy, NY 13403

*For Defendants:*
Letitia A. James
Attorney General of the State of New York
Anthony Huntley
Assistant Attorney General, of Counsel
The Capitol
Albany, NY 12224

**Hon. Brenda K. Sannes, Chief United States District Judge:**

### MEMORANDUM-DECISION AND ORDER

      Plaintiff Charles DuBois commenced this action pro se asserting claims under 42 U.S.C. § 1983 arising out of his incarceration at the Clinton Correctional Facility. (Dkt. No. 1). On March 6, 2024, Defendants filed a motion to dismiss under Fed. R. Civ. P. 41(b) and 37(b)(2)(A)(v) for failure to prosecute and failure to obey a discovery order. (Dkt. No. 39). Although the court sua sponte extended the deadline for filing responsive papers, (Dkt. No. 40), Plaintiff did not file a response. This matter was assigned to United States Magistrate Judge

Daniel J. Stewart who, on September 9, 2024, issued a Report-Recommendation recommending that Defendants' motion to dismiss be granted. (Dkt. No. 42). Magistrate Judge Stewart advised the parties that under 28 U.S.C. § 636(b)(1), they had fourteen days within which to file written objections to the report, and that the failure to object to the report within fourteen days would preclude appellate review. (*Id.* at 11-12). No objections to the Report-Recommendation have been filed.

As no objections to the Report-Recommendation has been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report-Recommendation for clear error and found none, the Court adopts the Report-Recommendation in its entirety.

For these reasons, it is

**ORDERED** that the Report-Recommendation (Dkt. No. 42) is **ADOPTED** in its entirety; and it is further

**ORDERED** that Defendants' motion to dismiss under Fed. R. Civ. P. 41(b) and 37(b)(2)(A)(v) for failure to prosecute and failure to obey a discovery order (Dkt. No. 39) is **GRANTED**; and it is further

**ORDERED** that the Clerk is directed to enter judgment and close this case; and it is further

**ORDERED** that the Clerk serve a copy of this Order upon the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: October 24, 2024
Syracuse, New York

Brenda K. Sannes
Chief U.S. District Judge

2